422 A.2d 1175

Commonwealth v. Williams, Appellant.

 Submitted March 20, 1979. Ronald Schulman, for appellant; Vail Williams, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.